No. 181. WELLS LAMONT CORP. *v.* BOWLES, PRICE ADMINISTRATOR, ET AL. October 8, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Messrs. Ernest S. Ballard* and *Karl D. Loos* for petitioner. *Acting Solicitor General Cox* and *Mr. Richard H. Field* for respondents.

No. 183. GIANNINI, ADMINISTRATOR, *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George H. Koster* for petitioner. *Acting Solicitor General Cox, Assistant Attorney General Clark, Mr. Sewall Key* and *Miss Helen R. Carloss* for respondent.

No. 184. SHOTTS *v.* LOUISIANA. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. Warren O. Coleman* for petitioner.

No. 185. TREIBLY *v.* OVERHOLSER, SUPERINTENDENT. October 8, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. J. Austin Latimer* for petitioner. *Acting Solicitor General Judson, Messrs. W. Marvin Smith, Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 186. OHIO TANK CAR Co. *v.* KEITH RAILWAY EQUIPMENT Co. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. H. D. Driscoll* and *H. Russell*